FILED

11/02/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0347

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0347

_____

WOODROW BARSTAD and CHRISTINE
BARSTAD,

      Plaintiffs and Appellants,

  v.

ALBERT BURNEY, INC., an Alabama
Corporation, and RIVERBEND REALTY, LLC, a
Montana Corporation,

      Defendants and Appellees.

_____

O R D E R

On September 30, 2021, the mediator for this appeal filed a report stating that the case has settled. Nothing further has been filed.

Therefore, and pursuant to M. R. App. P. 7(7)(b),

IT IS ORDERED that this appeal is DISMISSED.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 2 2021